Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc.
and Jaco Electronics, Inc.*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. 07-m-1827 SI<br>Case Nos. 11-cv-02495 SI |
| This Document Relates To:<br><br>*Jaco Electronics, Inc. v. AU Optronics Corporation, et al.,* C 11-02495-SI | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS ON MOTIONS TO DISMISS** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MASTER DOCKET NO.
07-M-1827 SI

STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS

1  Whereas, defendants Philips Electronics North America Corporation ("PENAC"),
2  Koninklijke Philips Electronics N.V. ("Royal Philips"), Sanyo Consumer Electronics Co., Ltd.
3  ("Sanyo Consumer Electronics"), Sanyo North America Corporation ("SNA") and Hannstar
4  Display Corporation[1] ("Hannstar") filed Motions to Dismiss plaintiff Jaco Electronics Inc.'s
5  ("Jaco") First Amended Complaint ("FAC") on October 12, 2011;[2]

6  Whereas Jaco's oppositions to the motions to dismiss are currently due on December 14,
7  2011;

8  Whereas the motions to dismiss the Jaco FAC are currently set for hearing on January 13,
9  2012;

10  Whereas the *Jaco* action is not on the "track 1" schedule, and no pretrial or trial schedule
11  has been set for the *Jaco* action;

12  Whereas the parties desire to continue the hearing and briefing schedule for the motions to
13  dismiss the Jaco FAC, and believe that a continuance will not prejudice the parties or the Court;

14  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
15  undersigned counsel, on behalf of their respective clients, Jaco, on the one hand, and, PENAC,
16  Royal Philips, Sanyo Consumer Electronics, SNA and Hannstar, on the other hand, as follows:

17  The hearing on the motions to dismiss the Jaco FAC – Docket Nos. 3873, 3876, 3879 and
18  / / /
19  / / /
20  / / /
21  / / /

---

[1] Hannstar's Motion was joined by AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chimei Optoelectronics Corp.), Chimei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech Usa, Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc., LG Display Co., Ltd., LG Display America, Inc., Sharp Corporation And Sharp Electronics Corporation, Tatung Company Of America, Inc., Chunghwa Picture Tubes, Ltd., Sanyo Consumer Electronics Co., Ltd., Sanyo North America Corporation, Samsung SDI America, Inc., Samsung SDI Co., Ltd., Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Technology Co., Ltd., and Toshiba America Information Systems, Inc.

[2] Docket Nos. 3873, 3876, 3879 and 3880.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-   MASTER DOCKET NO. 07-M-1827 SI
STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS

3880 – shall be continued to February 24, 2012, and the briefing schedule shall be extended, as follows:

    a.    Oppositions to be filed by:    January 27, 2012

    b.    Replies to be filed by:    February 10, 2012

Dated: December 6, 2011

        /s/ Nathanial J. Wood

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com
       nwood@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: 202-580-8822
Facsimile: 202-580-8821
Email: adams@adamsholcomb.com
       holcomb@adamsholcomb.com
       leonardo@adamsholcomb.com

*Counsel for Plaintiff Jaco Electronics, Inc.*

                                         */s/ Brendan P. Cullen*

Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
cullenb@sullcrom.com

Garrard R. Beeney (NY Reg. No. 1656172)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
beeneyg@sullcrom.com

*Counsel for Defendants Philips Electronics North America Corporation and Koninklijke Philips Electronics N.V.*


                                         */s/ Allison A. Davis*

Allison A. Davis (SBN 139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-4880
allisondavis@dwt.com

Nick S. Verwolf (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue, N.E.
Bellevue, WA 98004-5149
Telephone: (425) 646-6125
Facsimile: (425) 646-6199
nickverwolf@dwt.com

*Counsel for Defendant Sanyo Consumer Electronics Co., Ltd. and Sanyo North America Corporation*

|     |     |
| --- | --- |
| 1   |     |
| 2   | _/s/ Christopher M. Wyant_ |
| 3   | Hugh F. Bangasser, (Pro Hac Vice) |
| 4   | Ramona M. Emerson, (Pro Hac Vice)<br>Christopher M. Wyant, (Pro Hac Vice) |
| 5   | K&L GATES LLP<br>925 Fourth Avenue, Suite 2900 |
| 6   | Seattle, WA 98104-1158 |

Hugh F. Bangasser, (Pro Hac Vice)
Ramona M. Emerson, (Pro Hac Vice)
Christopher M. Wyant, (Pro Hac Vice)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax: (206) 623-7022

Jeffrey L. Bornstein, State Bar No. 99358
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone: (415) 249-1059
Fax: (415) 882-8220

*Attorneys for Defendant HannStar Display Corporation*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Brendan P. Cullen, Allison A. Davis and Christopher M. Wyant.**

**IT IS SO ORDERED.**

Dated: _____12/7_____, 2011

_[signature: Susan Illston]_

Susan Illston, United States District Judge

DCACTIVE-16866862.3