Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
　　　　jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
　　　　jstokes@crowell.com

*Counsel for Plaintiff Motorola Mobility, Inc. and Jaco Electronics, Inc.*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Jaco Electronics, Inc. v. AU Optronics Corporation, et al.,* C 11-02495-SI | Master Docket No. 07-m-1827 SI<br>Case Nos. 11-cv-02495 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS ON MOTIONS TO DISMISS** |

1    Whereas, defendants Philips Electronics North America Corporation ("PENAC"),
2 Koninklijke Philips Electronics N.V. ("Royal Philips"), Sanyo Consumer Electronics Co., Ltd.
3 ("Sanyo Consumer Electronics"), Sanyo North America Corporation ("SNA") and Hannstar
4 Display Corporation[1] ("Hannstar") filed Motions to Dismiss plaintiff Jaco Electronics Inc.'s
5 ("Jaco") First Amended Complaint ("FAC") on October 12, 2011;[2]
6    Whereas Jaco's oppositions to the motions to dismiss are currently due on December 14,
7 2011;
8    Whereas the motions to dismiss the Jaco FAC are currently set for hearing on January 13,
9 2012;
10    Whereas the *Jaco* action is not on the "track 1" schedule, and no pretrial or trial schedule
11 has been set for the *Jaco* action;
12    Whereas the parties desire to continue the hearing and briefing schedule for the motions to
13 dismiss the Jaco FAC, and believe that a continuance will not prejudice the parties or the Court;
14    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
15 undersigned counsel, on behalf of their respective clients, Jaco, on the one hand, and, PENAC,
16 Royal Philips, Sanyo Consumer Electronics, SNA and Hannstar, on the other hand, as follows:
17    The hearing on the motions to dismiss the Jaco FAC – Docket Nos. 3873, 3876, 3879 and
18 / / /
19 / / /
20 / / /
21 / / /

---

[1] Hannstar's Motion was joined by AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chimei Optoelectronics Corp.), Chimei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech Usa, Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc., LG Display Co., Ltd., LG Display America, Inc., Sharp Corporation And Sharp Electronics Corporation, Tatung Company Of America, Inc., Chunghwa Picture Tubes, Ltd., Sanyo Consumer Electronics Co., Ltd., Sanyo North America Corporation, Samsung SDI America, Inc., Samsung SDI Co., Ltd., Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Technology Co., Ltd., and Toshiba America Information Systems, Inc.

[2] Docket Nos. 3873, 3876, 3879 and 3880.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-    MASTER DOCKET NO. 07-M-1827 SI
STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS

3880 – shall be continued to February 24, 2012, and the briefing schedule shall be extended, as follows:

    a.    Oppositions to be filed by:    January 27, 2012

    b.    Replies to be filed by:    February 10, 2012

Dated: December 6, 2011

                      /s/ Nathanial J. Wood

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com
       jstokes@crowell.com
       nwood@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-624-2500
Facsimile:  202-628-5116
Email:  jhoward@crowell.com
       jmurphy@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone:  202-580-8822
Facsimile: 202-580-8821
Email:  adams@adamsholcomb.com
       holcomb@adamsholcomb.com
       leonardo@adamsholcomb.com

*Counsel for Plaintiff Jaco Electronics, Inc.*

| | |
|---|---|
| 1 | |
| 2 | _____/s/ Brendan P. Cullen_____ |
| 3 | Brendan P. Cullen (SBN 194057)<br>SULLIVAN & CROMWELL LLP |
| 4 | 1870 Embarcadero Road<br>Palo Alto, California 94303 |
| 5 | Telephone: (650) 461-5600<br>Facsimile: (650) 461-5700 |
| 6 | cullenb@sullcrom.com |
| 7 | Garrard R. Beeney (NY Reg. No. 1656172)<br>SULLIVAN & CROMWELL LLP |
| 8 | 125 Broad Street<br>New York, New York 10004-2498 |
| 9 | Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588 |
| 10 | beeneyg@sullcrom.com |
| 11 | *Counsel for Defendants Philips Electronics North America Corporation and Koninklijke Philips* |
| 12 | *Electronics N.V.* |
| 13 | |
| 14 | _____/s/ Allison A. Davis_____ |
| 15 | Allison A. Davis (SBN 139203) |
| 16 | DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800 |
| 17 | San Francisco, California 94111<br>Telephone: (415) 276-6500 |
| 18 | Facsimile: (415) 276-4880<br>allisondavis@dwt.com |
| 19 | |
| 20 | Nick S. Verwolf (admitted *pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP |
| 21 | 777 108th Avenue, N.E.<br>Bellevue, WA 98004-5149 |
| 22 | Telephone: (425) 646-6125<br>Facsimile: (425) 646-6199 |
| 23 | nickverwolf@dwt.com |
| 24 | *Counsel for Defendant Sanyo Consumer Electronics* |
| 25 | *Co., Ltd. and Sanyo North America Corporation* |
| 26 | |
| 27 | |
| 28 | |

1

2    /s/ Christopher M. Wyant

3    Hugh F. Bangasser, (Pro Hac Vice)
     Ramona M. Emerson, (Pro Hac Vice)
4    Christopher M. Wyant, (Pro Hac Vice)
     K&L GATES LLP
5    925 Fourth Avenue, Suite 2900
     Seattle, WA 98104-1158
6    Phone: (206) 623-7580
     Fax: (206) 623-7022
7

8    Jeffrey L. Bornstein, State Bar No. 99358
     K&L GATES LLP
9    Four Embarcadero Center, Suite 1200
     San Francisco, CA 94111
10   Phone: (415) 249-1059
     Fax: (415) 882-8220
11

12   *Attorneys for Defendant HannStar Display Corporation*

13

14

15   **Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Brendan P. Cullen, Allison A. Davis and Christopher M. Wyant.**

16

17

18   **IT IS SO ORDERED.**

19

20   Dated: ____12/7_____, 2011

21

22   _[signature]_

23   Susan Illston, United States District Judge

24   DCACTIVE-16866862.3

25

26

27

28